IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STEPHANIE GARCIA

      **Plaintiff**

v.

**COMPLAINT**
**CIVIL ACTION NO.:**

**DALLAS FORT WORTH**
**INTERNATIONAL AIRPORT**
**BOARD**

      **Defendant**

## PLAINTIFF'S ORIGINAL COMPLAINT

**COMES NOW,** Stephanie Garcia, Plaintiff herein, and files Plaintiff's Original Complaint against Dallas/Fort Worth International Airport Board in this action and for cause of action would respectfully show unto the Court the following:

### JURISDICTION AND VENUE

1. This action alleges violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e, et seq.

2. Venue is proper in the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1391 because the claims arose in the Northern District of Texas.

### PARTIES

3. Plaintiff, Stephanie Garcia has been subjected to unlawful employment practices committed in the State of Texas by employees, agents and/or representatives of the Defendant. Plaintiff, Stephanie Garcia is an in individual residing in Dallas County, Texas. At all times relevant hereto, Plaintiff was employed by Defendant, Dallas Fort Worth International Airport Board as a Corporate Aviation Concierge for Defendant.

Defendant Dallas Fort Worth International Airport Board is a governmental entity and employer within the meaning of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000-e and the and is doing business in the State of Texas. Defendant, Dallas/Fort Worth International Airport Board, is a governmental entity co-owned by the municipalities of Dallas and Fort Worth, Texas. Defendant may be served through its Chief Executive Officer, Sean Donohue, at 3200 East Airfield Drive, DFW Airport, Texas 75261- 9428. At all relevant times, Defendant was the employer of Plaintiff is thus liable to Plaintiff, as an employer, according to statutory and common law.

## PROCEDURAL REQUIREMENT

4. Plaintiff has timely filed charges with the EEOC of discrimination, retaliation alleging violation of Title VII of the Civil Rights Acts of 1964, as amended, 42 U.S.C.A., 2000-e et seq. Plaintiff has complied with all administrative requirements for perfecting her Charge.

5. On January 6, 2021, the EEOC issued Plaintiff of Notice of Right to Sue and Plaintiff filed this Complaint within 90 days from receipt of such notice. The Notice of Right to Sue and EEOC Charge of Discrimination are attached hereto and incorporated herein by reference as Exhibit A and Exhibit B, respectively.

## FACTUAL SUMMARY

6. Plaintiff's employment was terminated on September 25, 2020, based on and in retaliation for filing the September 14, 2020 EEOC Charge of Discrimination against Defendant related to discrimination based on sex, national origin, disability and retaliation.

## CAUSES OF ACTION

The Plaintiff herein reaffirms and reaffirms each and every assertion set forth in this Complaint and further claims that:

7. Plaintiff was subjected to retaliation discrimination, and her employment was terminated on September 25, 2020, after she filed a Charge of Discrimination based on sex, national origin and disability on August 14, 2020.

8. Within 300 days of the acts of which he complains, Plaintiff filed Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC). Any allegations in this action which pertain to events prior to 300 days before the EEOC Charges pertain to the allegations of continuing violation. This suit is timely filed in accordance therewith.

9. Defendant is the direct cause of Plaintiff's injuries including, but not limited compensatory and punitive damages, attorney's fees, pre-judgment and post-judgment interest and any other such other and further relief, at law or in equity, as the Court deems necessary and proper.

## COURT COSTS AND ATTORNEY'S FEES

10. Plaintiff herein reaffirms and alleges each and every assertion set forth in the complaint and further claims that as result of Defendant's wrongful conduct, Plaintiff was compelled to retain Brenda J.Williams, Attorney to represent her herein the matter. Pursuant to 42 U.S.C Section I 988, and the considerations related to punitive damages, Plaintiff seeks reasonable and necessary attorney's fees and court costs.

## JURY DEMAND

11. Plaintiff demands a trial by jury in each and every issue of fact raised by the Petition.

## PRAYER

12. WHEREFORE, Plaintiff prays for judgment against Defendant for compensatory, punitive and general damages, back pay, front pay, reinstatement and declaratory and injunctive relief, attorneys' fees, costs and interest and such other and further general relief in law or equity to which Plaintiff may be reasonably entitled.

Respectfully submitted,

*/s/ Brenda J. Williams*
SBN 21515300
Bank of America, Oak Cliff Tower
400 South Zang Blvd., Suite 1200
Dallas, Texas 75208
(214) 946-0865(tel)
(214) 948-3038(fax)
bwilliams@bjwilliamslaw.com
**ATTORNEY FOR PLAINTIFF**

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Stephanie Garcia
2537 W. Kiest
Dallas, TX 75233

From: Dallas District Office
207 S. Houston St.
3rd Floor
Dallas, TX 75202

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2021-00110 | Juan F. Munoz, Intake Supervisor | (972) 918-3607 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

for [signature]
Belinda F. McCallister,
District Director

1/6/2021
(Date Issued)

Enclosures(s)

cc: David Comeaux
Assistant Vice President Workforce Diversity and Inclusion
DFW AIRPORT BOARD
2400 Aviation Dr.
Dfw Airport, TX 75261

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>450-2021-00110 |
|---|---|---|

**TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**MS. STEPHANIE GARCIA** | Home Phone<br>**(214) 301-2303** | Year of Birth |
|---|---|---|

Street Address: **2537 W.KIEST, DALLAS, TX 75233**    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**CORPORATE AVIATION DFW** | No. Employees, Members<br>**501+** | Phone No.<br>**(972) 973-3700** |
|---|---|---|

Street Address: **2400 AVIATION DR, 1816 N. 24TH AVE, DFW AIRPORT, TX 75261**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **08-14-2020**    Latest: **09-22-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**PERSONAL HARM: I filed an EEOC charge of discrimination on August 14, 2020, and was terminated on September 22, 2020, with a termination date of September 25, 2020.**

**RESPONDENTS REASON FOR ADVERSE ACTION: I did not meet probation standards.**

**DISCRIMINATION STATEMENT: I was retaliated against for filing an EEOC claim.**

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Stephanie Garcia on 10-19-2020 12:38 PM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)